| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Randall D. Naiman, Esq. (#81048)<br>Naiman Law Group, PC<br>4600 La Jolla Village Drive<br>Suite 500<br>San Diego, CA 92122<br>(858) 535-4808          (858) 535-4809<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* **WELLS FARGO BANK, NA** | **FILED & ENTERED**<br><br>**OCT 13 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Duarte  **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Steven T Wozencraft<br><br><br><br>                                                 Debtor(s). | CHAPTER: 7<br>CASE NO.: 8:09-bk-17822-TA |
|---|---|
| | DATE:   September 23, 2009<br>TIME:    10:0 a.m.<br>CTRM:   5B<br>FLOOR: |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY
### UNDER 11 U.S.C. § 362
### (Unlawful Detainer)
### (MOVANT: <u>WELLS FARGO BANK, NA</u>)

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. This Order applied to the following residential or nonresidential real property (the "Property"):

    *Street Address:*    2325 Wind River Road
    *Apartment/Suite no.:*
    *City, State, Zip Code:*  El Cajon, CA 92019

3. The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2). The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant. Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4. The Court further orders as follows:

    a. ☐ Movant shall not cause the Debtor(s) to be locked out before the following date *(specify)*:

    b. ☐ The Stay is annulled retroactive to the petition date. Any postpetition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.

    c. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    d. ☐ All provisions of this Order also apply to relief from the co-debtor under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.

*(This Order is continued on the next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 4001-10.UD**

Order Granting Motion for Relief from Stay – Page 2                                F 4001-10.UD

| In re:<br>Steven T Wozencraft<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 8:09-bk-17822-TA |
|---|---|

e. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

f. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10.ER)*.

g. ☐ See attached continuation page for additional provisions.

###

DATED: October 13, 2009

*[signature: Theodor C. Albert]*

United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                  F 4001-10.UD

Order Granting Motion for Relief from Stay – Page 4                                **F 4001-10.UD**

| In re: Steven T Wozencraft | Debtor(s). | CHAPTER 7<br>CASE NUMBER 8:09-bk-17822-TA |
|---|---|---|

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Granting Motion for Relief from Stay** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 29, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

*United States Trustee (SA)*:   ustpregion16.sa.ecf@usdoj.gov
*Chapter 7 Trustee:*   msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
*Attorney for Movant*:   krystina@Naimanlaw.com
*Attorney for Debtor:*   wwall@wall-law.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Debtor*:   **Steven T Wozencraft,** 31214 Ceanothus, Laguna Beach, CA 92651-6928
  **Steven T Wozencraft,** 2325 Wind River Road, El Cajon, CA 92019

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 4001-10.UD**