| | |
|---|---|
| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number<br>ANGELA FONTANINI (CA SBN 259743)<br>BALPREET THIARA (CA SBN 265150)<br>JOSEPH C. DELMOTTE (CA SBN 259460)<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858)750-7600 Facsimile: (619) 590-1385<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFMBS 2006-AR4 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 07 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY steinber  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>STEVEN T WOZENCRAFT, Debtor(s) | CHAPTER: 11<br><br>CASE NO.: 8:09-BK-17822-TA<br><br>DATE: March 2, 2010<br>TIME: 10:30 a.m.<br>CTRM: 5B |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFMBS 2006-AR4)

1. The Motion was:     ☐ Contested     ☒ Uncontested     ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address:*         31214 Ceanothus Drive
   *Apartment/Suite No.:*
   *City, State, Zip Code:*  Laguna Beach, California 92651

   Legal description or document recording number (including county of recording):

   Instrument No. 2006000024286, Orange County of California.

   ☐ See attached page.

3. The Motion is granted under:   ☐ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                           **F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 2 of 6

| In re:<br>STEVEN T WOZENCRAFT  Debtor(s) | CHAPTER 11 |
|---|---|
| | CASE NUMBER 8:09-BK-17822-TA |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.

   d. ☒ That Movant be permitted to offer and provide Debtor(s) with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s).

###

DATED: April 7, 2010

*Theodor C. Albert*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 4 of 6

| In re:<br>STEVEN T WOZENCRAFT Debtor(s) | CHAPTER 11 |
| --- | --- |
| | CASE NUMBER 8:09-BK-17822-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FOR THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___March 18, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 18, 2010 | Amanda S. Koczwara | /s/ Amanda S. Koczwara |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 5 of 6

| In re:<br>STEVEN T WOZENCRAFT Debtor(s) | CHAPTER 11<br><br>CASE NUMBER 8:09-BK-17822-TA |
|---|---|

Honorable Theodor Albert
U.S. Bankruptcy Court,
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

William Wall
The Wall Law Office
9900 Research Dr
Irvine, CA 92618-4309
Email: wwall@wall-law.com

Wells Fargo Bank, NA
Attn: Marie Autry
9070 West Glendale Ave.
Suite 111
Glendale, AZ 85305

John Byrne
c/o Rob R. Nichols
22647 Ventura Blvd. #508
Woodland Hills, CA 91364

Internal Revenue Services
P.O. Box 21126
Philadelphia, PA 19144

Steven T Wozencraft
31214 Ceanothus
Laguna Beach, CA 92651-6928

Citi
P.O. Box 6241
Sioux Falls, SD 57117

Citibank/Sears
P.O. Box 20363
Kansas City, MO 64195

Commerce Bank, NA
1000 Walnut
P.O. Box 419248
Kansas City, MO 64141-6248

Discover Fin. Svcs. LLC
P.O. Box 15316
Wilmington, DE 19850

American Express
c/o Becket and Lee
P.O. Box 3001
Malvern, PA 19355

Ballys
8700 West Byrn Mawr
Chicago, IL 60631

Bank of America
Attn; Bankruptcy NC4-105-02-77
P.O. Box 26012
Greensboro, NC 27410

Bank of America
P.O. Box 17054
Wilmington, DE 19850

Casey, George and Sharon
3233 Fairway Dr.
CA 92041

CBNA
1000 Technology Dr. #MS5
Fallon, MO 63368

Chase
P.O. Box 15298
Wilmington, DE 19850

Law Offices of Thomas R. Lamons
C/O Cummins and White, LLP
2424 S.E. Bristol St.
Suite 300
Newport Beach, CA 92660-0757

Macys/fdsb
Macy's Bankruptcy
PO Box 8053
Mason, OH 45040

Medina, Michael
1507 West 145th Street
Gardena, CA 90247

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 6 of 6

| In re:<br>STEVEN T WOZENCRAFT Debtor(s) | CHAPTER 11 |
|---|---|
| | CASE NUMBER 8:09-BK-17822-TA |

DSNB/ Bloom
Bloomingdale's Bankruptcy
PO Box 8053
Mason, OH 45040

Eric Landgraf Florist
1622 York Ave
New York, NY 10028

Fleet Bankcard
PO Box 26012
Greensboro, NC 27420

Sears/cbsd
PO Box 6189
Sioux Falls, SD 57117

TD Bank N.A.
1100 Lake St
Ramsey, NJ 07446

HSBC Bank USA, NA
Attn: Bankruptcy
PO Box 5253
Carol Stream, IL 60197

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 7 of 6

| In re:<br>STEVEN T WOZENCRAFT Debtor(s) | CHAPTER 11 |
|---|---|
| | CASE NUMBER 8:09-BK-17822-TA |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER GRANTING MOTION FOR RELIEF FOR THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____March 18, 2010_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

William Wall   wwall@wall-law.com
Joseph C. Delmotte  ecfcacb@piteduncan.com
U.S. Trustee  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Steven T Wozencraft
31214 Ceanothus
Laguna Beach, CA 92651-6928

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                        **F 4001-10.RP**